UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JULIO S. CALVARIO GARCIA,

      Plaintiff,

  v.

PAM BONDI, et al.,

      Defendants.

Case No. 2:25-cv-02177-CDS-EJY

**ORDER**

Before the Court is Plaintiff's Motion for Pro Se Litigant to File Electronically. ECF No. 21. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must forward the Consent for Electronic Service of Documents (ECF No. 20) to the Help Desk to configure Plaintiff's CM/ECF account. Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

Dated this 4th day of May, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE