UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JULIO S. CALVARIO GARCIA,

      Plaintiff,

      v.

PAMELA BONDI, et al.

      Defendants.

Case No. 2:25-cv-02177-CDS-EJY

**ORDER**

Plaintiff having indicated in his prior filings a desire to represent himself, the Federal Public Defender having been allowed to withdraw, and, upon careful review of Plaintiff's Amended Complaint, the Court having found this matter is not properly designated a Habeas Corpus Petition, the Court notifies Plaintiff that under Federal Rule of Civil Procedure 4(m) more than 90 days has passed since he filed his First Amended Complaint ("FAC") on January 30, 2026. *See* ECF No. 8. No proof of service has been filed for either Defendant named in the FAC. Dismissal of this action for failure to serve will occur if **effective** service of process is not filed with the Court within 30 days of the date of this Order. Plaintiff is directed to Federal Rule of Civil Procedure 4(i)(1) for service on the United States Attorney General, and to Nevada Rule of Civil Procedure 4.2(d) for service of process on the Nevada Attorney General.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court is to remove the capital habeas designation from this matter.

Dated this 4th day of May, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1