UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JULIO S. CALVARIO GARCIA,

    Plaintiff,

    v.

PAM BONDI, et al.,

    Defendants.

Case No. 2:25-cv-02177-CDS-EJY

**ORDER**

Pending before the Court is Plaintiff's second Motion for Entry of Clerk's Default. ECF No. 22. *See also* ECF No. 15. No defendant in this matter has been properly served. In the absence of service default cannot be granted as a matter of law. *Spann v. Cox Communication*, Case No. 2:23-cv-00093-GMN-EJY, 2024 WL 7287495 (D. Nev. Oct. 16, 2023). "A federal court does not have jurisdiction over a defendant unless the defendant has been served properly under [Federal Rule of Civil Procedure 4]." *Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Clerk's Default (ECF No. 22) is DENIED.

Dated this 4th day of May, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1